IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

SPENCER JORDAN,
CHARLES LEE PARKER,
MARZETT JORDAN and
ANNIE MAE JORDAN

CRIMINAL NO. 4:04cr18WHTAGN
3rd Superceding Indictment

## MOTION TO UNSEAL

The United States of America requests that the Indictment herein be unsealed, and represents the following:

Revealing the existence of the Indictment at this time would not jeopardize law enforcement agents and would assist in the prosecution of the case.

WHEREFORE, the United States requests that the Court UNSEAL the Indictment.

Respectfully submitted,

DUNN LAMPTON
UNITED STATES ATTORNEY

By: _____
SANDRA G. MOSES
Assistant United States Attorney
GAB No. 283815

CONSIDERING THE FOREGOING,

IT IS HEREBY ORDERED that the Indictment herein be unsealed.

SO ORDERED, this the 10th day of January, 2006.

_____
UNITED STATES MAGISTRATE JUDGE